THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL WASHINGTON, Appellant. [643 NYS2d 1004]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes, 463 US 745)*. Mangano, P. J., Bracken, Thompson and Sullivan, JJ., concur.